DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SFR SERVICES, LLC,**
Appellant,

v.

**TOWER HILL SIGNATURE INSURANCE COMPANY,**
Appellee.

No. 4D2022-2153

[January 11, 2024]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; James Nutt, Judge; L.T. Case No. 502019CA006548.

Melissa A. Giasi and Erin M. Berger of Giasi Law, P.A., Tampa, for appellant.

C. Ryan Jones and Scot E. Samis of Traub Lieberman Straus & Shrewsberry LLP, St. Petersburg, for appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and GERBER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***